IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02144-RPM-MEH

MARY RAMIREZ,

    Plaintiff,

v.

CREDIT CONTROL, LLC, a Missouri limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

September 26, 2011       s/Richard P. Matsch

_____       _____
DATE       Richard P. Matsch, Senior District Judge